In the Matter of the Claim of CATHERINE FRONCE against
THE PROSPERITY COMPANY, INC., et al., Appellants.
STATE INDUSTRIAL BOARD, Respondent.

(Argued January 6, 1931; decided February 10, 1931.)

*William B. Davis* and *E. C. Sherwood* for appellants.
*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.